UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF ILLINOIS, *ex rel.* KATHERINE VERHULST, <br><br> Plaintiffs, <br><br> v. <br><br> QUALITY THERAPY & CONSULTATION, INC., THE CARLTON AT THE LAKE, INC., LAKE SHORE HEALTHCARE AND REHABILITATION CENTRE LLC, RIDGEVIEW REHAB & NURSING CENTER, THE WESTWOOD MANOR, INC., WINSTON MANOR CONVALESCENT & NURSING HOME, BALMORAL HOME, INC., ATRIUM HEALTH CARE CENTER LTD., and NORRIDGE GARDENS, <br><br> Defendants. <br><br> UNITED STATES OF AMERICA, <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> QUALITY THERAPY & CONSULTATION, INC., *et al.* <br><br> Defendants. | No. 14 C 2083 <br><br> Judge Durkin |

## **CONSENT JUDGMENT**

Upon consent of the parties, and the court being fully advised:

IT IS HEREBY ORDERED that:

4835-4502-5669.1

(1) Judgment is entered in favor of the United States of America against Lake Shore Healthcare and Rehabilitation Centre LLC, in the amount of $2,730,455, as provided in the Consent Judgment and Settlement Agreement attached hereto;

(2) Interest at a rate of 2.7% shall accrue and will be compounded annually until paid in full; and,

(3) This case is dismissed with prejudice as to defendant Lake Shore Healthcare and Rehabilitation Centre LLC.

ENTER: _____
Thomas Durkin, J.
United States District Judge

Dated: 1/22/2019