UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF ILLINOIS, *ex rel.* KATHERINE VERHULST,<br><br>      Plaintiffs,<br><br>    v.<br><br>QUALITY THERAPY & CONSULTATION, INC., THE CARLTON AT THE LAKE, INC., LAKE SHORE HEALTHCARE AND REHABILITATION CENTRE LLC, RIDGEVIEW REHAB & NURSING CENTER, THE WESTWOOD MANOR, INC., WINSTON MANOR CONVALESCENT & NURSING HOME, BALMORAL HOME, INC., ATRIUM HEALTH CARE CENTER LTD., NORRIDGE GARDENS, and FRANCES PARISE,<br><br>      Defendants.<br><br>UNITED STATES OF AMERICA,<br><br>      Plaintiff-Intervenor,<br><br>    v.<br><br>FRANCES PARISE, *et al.*<br><br>      Defendants. | No. 14 C 2083<br><br>Judge Durkin |

## **CONSENT JUDGMENT**

Upon consent of the parties, and the court being fully advised:

IT IS HEREBY ORDERED that:

(1) Judgment is entered in favor of the United States of America against Frances Parise, in the amount of $160,000, as provided in the Consent Judgment and Settlement Agreement attached hereto;

(2) Interest at a rate of 2.125% shall accrue and will be compounded annually until paid in full; and

(3) This case is dismissed with prejudice as to Frances Parise.

ENTER: _____
United States District Judge

Dated: 5/8/2019