IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF ILLINOIS, *ex rel.* KATHERINE VERHULST,<br><br>     **Plaintiffs,**<br><br>vs.<br><br>QUALITY THERAPY & CONSULTATION, INC., *et al.*<br><br>     **Defendants.** | Case No.: 14-cv-2083<br><br>Judge Thomas M. Durkin |

## ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the consent of the parties under the terms of the Settlement Agreement, the Court's order of May 21, 2019, and the Court being fully advised,

It is HEREBY ORDERED that:

1. The claims of plaintiff-intervenor the United States of America are dismissed with prejudice as to defendants Quality Therapy & Consultation, Inc.; Frances Parise; The Carlton at the Lake, Inc.; Lake Shore Healthcare and Rehabilitation Centre LLC.; Ridgeview Rehab & Nursing Center; and Balmoral Home, Inc.; and dismissed without prejudice as to defendants Atrium Health Care Center Ltd., and Winston Manor Convalescent & Nursing Home.

2. The claims of relator Katherine Verhulst are dismissed with prejudice as to Quality Therapy & Consultation, Inc.; Frances Parise; The Carlton at the Lake, Inc.; Lake Shore Healthcare and Rehabilitation Centre LLC.; Ridgeview Rehab & Nursing Center;

Atrium Health Care Center Ltd.; Winston Manor Convalescent & Nursing Home; and Balmoral Home, Inc.; except that Relator is given leave to pursue Attorneys fees and costs against the Defendants upon the conclusion of the entire case pursuant to 31 U.S.C. §3730, the settlement agreements reached between the parties, and Local Rule 54.3.

    3.    All parties will bear their own costs and attorneys' fees except as provided otherwise in the Settlement Agreements, and as stated above.

ENTER:                          _____
                                      Judge Thomas M. Durkin
                                      United States District Court

Dated: 6/14/2019